# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MELISSA BROWN                                                                                            PLAINTIFF

vs.                                Case No. 4:16cv00270 SWW-JTK

MAYFLOWER, CITY OF ET AL.                                                   DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

**Instructions.** The following recommended disposition was prepared for United States District Judge Susan W. Wright. A party to this dispute may file written objections to this recommendation. An objection must be specific and state the factual and/or legal basis for the objection. An objection to a factual finding must identify the finding and the evidence supporting the objection. Objections must be filed with the clerk of the court no later than 14 (fourteen) days from the date of this recommendation. *See* 28 U.S.C. § 636(b)(1). he objecting party must serve the opposing party with a copy of an objection. The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court. If no objections are filed, Judge Wright may adopt the recommended disposition without independently reviewing all of the record evidence.

**Disposition.** Pending is a Motion to Dismiss (DE #13) filed by Defendant, Faulkner County Sheriff's Office. For the reason that follows, the undersigned recommends that the Motion to Dismiss is granted.

Plaintiff filed this case pro se and under 42 U.S.C. § 1983. The Complaint was provisionally screened by the undersigned prior to service of process. Now pending before the Court is Defendant, Faulkner County Sheriff's Office, for its Motion to Dismiss (DE #13). The undersigned recommends that the motion be granted.

Faulkner County Sheriff's Office is not a legal entity subject to suit under section 1983. *See In Re Scott County Master Docket*, 672 F.Supp. 1152, 1163 n.1 (D. Minn 1987) (sheriff's department is not legal entity subject to suit), *aff'd*, *Myers v. Scott County*, 868 F.2d 1017 (8th Cir. 1989).

Therefore, the undersigned recommends that Plaintiff's claims against Defendant, Faulkner County Sheriff's Office, be dismissed on the grounds that this entity is not subject to suit under 1983. The Motion to Dismiss (DE #13) should be granted.

SO ORDERED this 27th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE