**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MELISSA BROWN                                                                                          PLAINTIFF

vs.                                    Case No. 4:16cv00270 SWW-JTK

MAYFLOWER, CITY OF ET AL.                                                                  DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations [doc.#25] from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, the motion to dismiss [doc.#13] by separate defendant Faulkner County Sheriff's Office is granted and the Faulkner County Sheriff's Office is hereby dismissed from this action.

SO ORDERED this 16th day of August, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE