**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MELISSA BROWN                                                                                    PLAINTIFF

vs.                                   Case No. 4:16cv00270 SWW-JTK

MAYFLOWER, CITY OF, *et al.*                                                              DEFENDANTS

**ORDER**

The Court has received Magistrate Judge Jerome Kearney's partial recommended disposition [doc.#34].  No objections to the partial recommendation have been filed. The Court concludes that the partial recommendation should be, and is hereby, approved and adopted as this Court's findings in all respects.   Accordingly, the motion to dismiss [doc.#26] by separate defendant Greenbrier Police Department is granted and the Greenbrier Police Department is hereby dismissed from this action.

SO ORDERED this 8th day of September, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE