**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MELISSA BROWN                                                                                              PLAINTIFF

vs.                          Case No. 4:16cv00270 SWW-JTK

MAYFLOWER, CITY OF, *et al.*                                                  DEFENDANTS

### **ORDER**

Rule 4(m) provides that if the summons and complaint are not served upon a defendant within 120 days after the filing of the complaint, the Court "shall dismiss the action without prejudice . . . or direct that service be perfected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period."

All Defendants have been or are in the process of being served except for Jeremy Lance Hanson, whose address has not been provided by Plaintiff. It is well established that an IFP plaintiff must provide correct addresses for service to the Marshals Service. *E.g.*, *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

Because over 120 days have passed since plaintiff filed her complaint, and the court provided plaintiff an opportunity to provide an address for service, Defendant Jeremy Lance Hanson has not been properly served and is hereby dismissed without prejudice.

SO ORDERED this 18th day of October 2016.

                                                    /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE