## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MELISSA BROWN                                                                        PLAINTIFF


V.                              CASE NO. 4:16-CV-270 SWW-JTK

MAYFLOWER, CITY OF, *et al.*                                                 DEFENDANTS

### ORDER

The Court has received Magistrate Judge Jerome T. Kearney's partial recommended disposition.  There have been no objections.   After careful review, the Court concludes that the partial recommended disposition should be, and is hereby, approved and adopted as this Court's findings in all respects in their entirety.   Accordingly, Plaintiff's claims against Damascus Police  Department and Mayflower Police Department are dismissed for failure to state a claim, and Damascus Police  Department and Mayflower Police Department are dismissed as party Defendants.

SO ORDERED this 8th  day of February, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE