# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MELISSA BROWN                                                           PLAINTIFF

vs.                  Case No. 4:16cv00270 SWW-JTK

MAYFLOWER, CITY OF ET AL.                            DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations [doc.#68] from United States Magistrate Judge Jerome T. Kearney. After careful review of plaintiff's objections and a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Accordingly,

IT IS THEREFORE ORDERED that the summary judgment motions [doc.#'s 45, 52] of all remaining defendants are granted and this action is hereby dismissed with prejudice.

Dated this 12th day of March, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE