**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MELISSA BROWN                                                       PLAINTIFF

vs.                  Case No. 4:16cv00270 SWW-JTK

MAYFLOWER, CITY OF ET AL.                            DEFENDANTS

## **JUDGMENT**

In accordance with the Court's Order entered this date, it is CONSIDERED, ORDERED and ADJUDGED that the complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of March, 2018.

                                         /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE